FILED/REC'D

# ATTACHMENT 1

2025 DEC -1 P 12: 19

# COMPLAINT FORM

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

(for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

FREEMAN LAMONT COLE

_____

_____

vs

(Full name of defendant(s))

EMILY EVERSON

ANNIE CORCORAN

LACROSSE COUNTY SHERIFF DEPARTMENT

Case Number:

25-cv-986-wmc

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of __WISCONSIN__, and is located at
(State)

333 VINE STREET, LA CROSSE, WI. 54601
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant  _EMILY EVERSON / ANNIE CORCORAN_
(Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _LACROSSE COUNTY SHERIFF DEPARTMENT_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

EMILY EVERSON SGT. @ LACROSSE COUNTY JAIL ON
11-10-2025 @ ABOUT 3:15AM - 4:15PM SHORT
PAUSE ON BODY CAMERA SHE HAD TO ATTEND TO
JAIL EMERGENCY. HOWEVER SHE RETURNED A
GRIEVANCE ON OFFICER ANNIE CLARMO FOR NOT
MAKING SURE THE TABLET WAS CHARGING SECOND
TIME WITHIN A WEEK BUT CONSISTANT ISSUE
WHENEVER THEY WANT TO PUNISH ME LOW KEY.
SHE WENT ON TO MANIPULATE THE GRIEVANCE

PROCEDURE BULLET POINT 11 SECOND FROM LAST ON THE SHEET STATES WE CAN NOT SUBMIT A NEW GRIEVANCE ABOUT THE SAME COMPLAINT FROM A PREVIOUSLY ANSWERED GRIEVANCE NO ADDRESSING A DEAD ISSUE. EMILY EVERSON MANIPULATED IT TO SAYING WE ARE NOT ABLE TO FILE A GRIEVANCE MULTIPLE TIMES SAME ISSUE SAME OFFICER DIFFERENT DAY. SO IF ANNIE CLARM'S DOESN'T CHARGE MY TABLET EVERY DAY FOR A MONTH OR WORSE WE CAN NOT FILE GRIEVANCES ON THAT EACH TIME. IF THAT'S THE CASE THAT VIOLATES ALL RIGHTS ALLOWING OFFICERS TO DO A WRONG BEHAVIOR CONTINUALLY. SGT ANNIE CORCORAN CAME TONIGHT 11-11-2025 @ ABOUT 7:50 PM BODY CAMERA AND DID WITH EMILY EVERSON DID BY MANIPULATING BULLET POINT 10 3RD FROM BOTTOM OF LIST RETURNING FOUR UNRESOLVED OR ANSWERED GRIEVANCES SAYING I MAY NOT SUBMIT A NEW GRIEVANCE UNTIL ACTIVE "GRIEVANCE" IS RESOLVED/ANSWERED IN BLACK AND WHITE IT STATES "GRIEVANCES" PLURAL. THEY HAVE BEEN

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

ONE HUNDRED THOUSAND DOLLARS AND AND CONTACT AGAINST LACROSSE COUNTY SHERIFF DEPARTMENT / Jail

Attachment One (Complaint) – 4

MISUSING THEIR CARNAL AUTHORITY AGAINST ME BASED ON THE FACE OF LAWSUITS AND IT'S REALLY CAUSED ME P.T.S.D. AND I FEAR FOR MY LIFE. STOPPING LEGAL MAIL, USING ALL THEIR LACROSSE COUNTY CONNECTIONS AND FRIENDS TO HURT ME NONE OF THEM SPEAKS TRUTH OR LIKES ANYONE WHO DOES. I'M SUPPOSE TO BE THE BAD GUY BUT I'M THE ONLY ONE FIGHTING FAIR. I'VE SENT IN COMPLAINTS ON MEDICAL, CLERK OF COURTS, ARAMARK, JUDGE GLORIA L. DOYLE, MULTIPLE LACROSSE COUNTY SHERIFF DEPARTMENT TRILLIONS OF DOLLARS PLUS ARAY/Sa.5-mASON WISCONSIN STATE PUBLIC DEFENDERS OFFICE IN WHICH A MANILLA ENVELOPE YOU MAY NOT HAVE GOT BECAUSE OF THEIR GAMES. THEY ALL ARE IN BED TO HINDER AND HURT ME HOWEVER THEY CAN

E.    JURY DEMAND

☑    Jury Demand - I want a jury to hear my case
OR

☐    Court Trial – I want a judge to hear my case

Dated this __11__ day of __NOVEMBER__ 20 __25__.

Respectfully Submitted,

_Terrence Lamont Cole_
Signature of Plaintiff

__20030399__
Plaintiff's Prisoner ID Number

__333 VINE STREET__

__LACROSSE, WI. 54601__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.