FREEMAN L. COLE
333 VINE STREET
LA CROSSE, WIS.
54601

OFFICE OF THE CLERK
SCANNED
UNITED STATED DISTRICT COURT
120 NORTH HENRY STREET
ROOM 320
MADISON, WISCONSIN
53703

FOREVER / USA