TO WHOM THIS MAY CONCERN, 2-25-2026

I AM AWARE OF THE DISTRICT COURT CLERK OF COURT AS WELL ANDREW WEIMAN HELPING MY DEFENDANTS LACROSSE COUNTY SHERIFF DEPARTMENT. I AM SEEKING LETHAL INJECTION FOR ATTEMPTED CAPITAL MURDER FOR ALL INVOLVED "CONSPIRACY".

CLERK OF COURT SENT COPIES OF MY PARTIAL FILING FEE TO LACROSSE COUNTY SHERIFF DEPARTMENT/JAIL AND REFUSED MY $1.50 CHECK SAYING IT WAS NOT ENOUGH, HOWEVER ALL MY CASES ARE INDIVIDUAL CASES MEANING SEPERATE FEES YOU TRIED TO MAKE ME PAY THEM ALL @ ONCE TO HINDER MY COMPLAINTS. FEDERAL OBSTRUCTION OF JUSTICE AND I HAVE ALL THE EVIDENCE.

YOU NOW WILL BE HELD ACCOUNTABLE CO CONSPIRERING AGAINST ME WITH MURDERERS. MY STATE CASE HAS NOTHING TO DO WITH MY LAWSUITS/ NOT TO MENTION YOU NOT DOING YOUR JOB BECAUSE BIAS OR ANYTHING IS NOT LEGAL SO AS I NOT ONLY FIGHT FOR MY LIFE YOU PUT MY FAMILY AND I IN DANGER BECAUSE OF YOUR ILLEGAL

ACTS AS SOME CULT OR GANG THING RACIST HATE CRIME THING AGAINST ME WITH YOUR FRIENDS "MY DEFENDANTS".

I KNOW I KNOW I KNOW AND NONE OF YOU WILL GET AWAY WITH YOUR CRIMES AGAINST HUMANITY IN YESHUA NAME AMEEN

NO DRINKING WATER IN OVER 60 DAYS NOT EVEN SAFE TO SHOWER YET I'M STILL HERE AS IF YOU PEOPLE WANT ME TO DIE. LIVING WATER AND BREAD OF LIFE IS THE ONLY REASON I BREATHE RUACH!! PSALM 118~17

I NEED A UPDATED PRINT OUT OF ALL MY CASES AND WHERE THEY STAND

KRISTEN S. NOT KIRSTEN S. FYI.

FILED/REC'D
2026 MAR 10 A 9:14
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI