FREEMAN L. COLE
333 VINE STREET
LACROSSE, WI
54601

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

120 NORTH HENRY STREET, RM. 320

MADISON, WISCONSIN 53703

53703$2559   V

FEDERAL DO NOT OPEN

LEGAL
2-25-2026
@
6:08 P.M.

SENT FROM LA CROSSE COUNTY JAIL - LA CROSSE, WI